**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joseph Cleveland THIBODEAUX,**
**Defendant–Appellant.**

**No. 06–10964**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Larry A. Elms, Larry Elms & Associates Inc., Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph Cleveland Thibodeaux has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Thibodeaux filed a response and has moved for the appointment of substitute counsel. Our independent review of counsel's brief, Thibodeaux's response, and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The motion for the appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.